# United States Court of Appeals
### For the Eighth Circuit

_____

No. 13-2123
_____

Raymond Gearhart

*Petitioner - Appellant*

v.

Juan D. Castillo

*Respondent - Appellee*
_____

Appeal from United States District Court
for the Western District of Missouri - Springfield
_____

Submitted: January 23, 2014
Filed: February 11, 2014
[Unpublished]
_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.
_____

PER CURIAM.

Raymond Gearhart appeals the district court's[1] adverse grant of summary judgment in his action under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). As to the claims he raised in his amended complaint concerning the forced administration of medications,[2] we find no basis for reversing the district court's grant of summary judgment, and Gearhart has identified none. See Green v. Dormire, 691 F.3d 917, 921 (8th Cir. 2012) (de novo review). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri, adopting the report and recommendations of the Honorable David P. Rush, United States Magistrate Judge for the Western District of Missouri.

[2]Gearhart has abandoned his other claims. See Roers v. Countrywide Home Loans, Inc., 728 F.3d 832, 838 (8th Cir. 2013).